IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** McLeod, David

Printed: 4/8/08

Case Number: 07 B 22779
Judge: Wedoff, Eugene R
Filed: 12/5/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: February 21, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Americredit Financial Ser Inc | Secured | 0.00 | 0.00 |
| 2. | Litton Loan Servicing | Secured | 0.00 | 0.00 |
| 3. | Litton Loan Servicing | Secured | 0.00 | 0.00 |
| 4. | Internal Revenue Service | Secured | 22,781.00 | 0.00 |
| 5. | Cook County Treasurer | Secured | 18.46 | 0.00 |
| 6. | Cook County Treasurer | Secured | 2,200.00 | 0.00 |
| 7. | Americredit Financial Ser Inc | Secured | 1,590.00 | 0.00 |
| 8. | Terry Mcleod | Priority | 8,646.00 | 0.00 |
| 9. | Internal Revenue Service | Priority | 46,717.47 | 0.00 |
| 10. | Capital One | Unsecured | 59.69 | 0.00 |
| 11. | Premier Bankcard | Unsecured | 48.31 | 0.00 |
| 12. | RoundUp Funding LLC | Unsecured | 85.01 | 0.00 |
| 13. | Resurgent Capital Services | Unsecured | 91.04 | 0.00 |
| 14. | Peoples Energy Corp | Unsecured | 19.71 | 0.00 |
| 15. | Sprint Nextel | Unsecured | 93.26 | 0.00 |
| 16. | Internal Revenue Service | Unsecured | 1,740.41 | 0.00 |
| 17. | Bank Of New York | Secured |  | No Claim Filed |
| 18. | Chase Bank | Unsecured |  | No Claim Filed |
| 19. | Commonwealth Edison | Unsecured |  | No Claim Filed |
| 20. | AT&T | Unsecured |  | No Claim Filed |
| 21. | First Charge Financial | Unsecured |  | No Claim Filed |
| 22. | City Of Chicago | Unsecured |  | No Claim Filed |
| 23. | Home Depot | Unsecured |  | No Claim Filed |
| 24. | LeVine Wittenberg Eisner | Unsecured |  | No Claim Filed |
| 25. | Lowes | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  McLeod, David

Printed:  4/8/08

Case Number:  07 B 22779
Judge:  Wedoff, Eugene R
Filed:  12/5/07

26.  IC System Inc                            Unsecured                                      No Claim Filed

_____                _____
$ 84,090.36                    $ 0.00

TRUSTEE FEE DETAIL

Fee Rate                    Total Fees
_____
$ 0.00

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____